IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

         **v.**          No. 3:11-cr-30006-002

**FRANKIE MAYBEE**                                                   **DEFENDANT**

## O R D E R

Now on this 30th day of July 2013, comes on for consideration the Magistrate Judge's **Report and Recommendation** (document #94), the government's comments (document #96), and defendant's objections (document #97). The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that Plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's **Report and Recommendation** (document #94) is hereby **adopted *in toto*** and that defendant's objections are overruled.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, defendant's **Motion to Vacate, Correct, or Set Aside the Term of Imprisonment Pursuant to 28 U.S.C. § 2255** (document #87) is hereby **denied** and **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                 **JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**